**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | |
|---|---|
| David Barnes<br><br>*Plaintiff*,<br><br>v.<br><br>Alphabet Inc., *et al.*,<br><br>*Defendants*. | Civil Action No. 1:26-cv-01032-JDB-JAY |

**DECLARATION OF SAMANTHA BIRKENFELD-MALPASS**

I, Samantha Birkenfeld-Malpass, declare as follows:

1. I am a Senior Litigation Counsel II for xAI Corp. I submit this declaration in support of xAI Corp.'s Motion to Set Aside Entry of Default, Appearing Specially and Without Waiver of Defenses, Including Insufficient Service of Process.

2. My duties and responsibilities as Senior Litigation Counsel II include managing litigation, including the service of lawsuits and other legal documents on xAI Corp.

3. For all time periods relevant to Plaintiff's lawsuit, URS Agents, LLC has not served as xAI Corp.'s registered agent.

4. URS Agents, LLC is not authorized to accept service on behalf of xAI Corp.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: April 30, 2026

Signed by:
Samantha Birkenfeld-Malpass
7F85AD507C8B4BC...
Samantha Birkenfeld-Malpass